**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:46 am, Jul 17, 2026*
**JEFFREY P. COLWELL, CLERK**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

JANE DOE _____, Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
X__ **Yes** ___ **No**

THE CONNOR GROUP LLC; HALEY WICKSTROM; _____,

PEGGY H.; GRETA BIESEL; BRYANT F.; _____,

YARDI SYSTEMS, LLC, individually and _____,

d/b/a RENTCAFE (full list: see attached) _____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

JANE DOE

(Name and complete mailing address)

Confidential identifying information to be provided to the Court as directed.

(Telephone number and e-mail address)

Confidential / to be provided to the Court as directed.

### B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  THE CONNOR GROUP LLC

(Name and complete mailing address)

c/o Cogency Global Inc., 600 17th St, Suite 1450S, Denver, CO 80202

(Telephone number and e-mail address if known)

Unknown

Defendant 2:  HALEY WICKSTROM

(Name and complete mailing address)

Property Manager, Outlook DTC, 5031 S Ulster St, Denver, CO 80237

(Telephone number and e-mail address if known)

Unknown

Defendant 3:  PEGGY H.

(Name and complete mailing address)

Sales Associate, Outlook DTC, 5031 S Ulster St, Denver, CO 80237

(Telephone number and e-mail address if known)

Unknown

Defendant 4:  GRETA BIESEL

(Name and complete mailing address)

Sales Associate, Outlook DTC, 5031 S Ulster St, Denver, CO 80237

(Telephone number and e-mail address if known)

Unknown
(see attached page for Defendants 5 and 6)

## B. DEFENDANT(S) INFORMATION (Continued)

Additional Defendants (5 and 6) - continued from page 2. Also see attached page for full caption list of Defendants 1–6.

**Defendant 5:**

BRYANT F.
Maintenance Technician, Outlook DTC
5031 S Ulster St
Denver, CO 80237

Telephone number and e-mail address if known: Unknown

**Defendant 6:**

YARDI SYSTEMS, LLC, individually and d/b/a RENTCAFE
c/o Corporation Service Company
1900 W Littleton Blvd
Littleton, CO 80120

Telephone number and e-mail address if known: Unknown

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

<u>X</u>    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Fair Housing Act, 42 U.S.C. §§ 3604(b), 3604(f), 3617, and 3613; federal question

jurisdiction under 28 U.S.C. § 1331; supplemental jurisdiction under 28 U.S.C. § 1367.

____    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant*.)

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Fair Housing Act Race Discrimination / Hostile Housing Environment
            42 U.S.C. § 3604(b)
        Supporting facts:

Plaintiff is a Black woman. Defendants created a racially hostile and dangerous housing environment through police threats, false narratives, targeted surveillance, intimidation, retaliatory treatment, and conduct creating a foreseeable risk of severe harm from false police involvement. Plaintiff was speaking about illegal housing fees and billing issues when Outlook DTC staff escalated the situation and threatened police involvement.

See attached D. STATEMENT OF CLAIMS for additional claims and supporting facts.

4

**E.       REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Plaintiff requests judgment against Defendants in the amount of $20,000,000.00, or such amount as a jury determines; compensatory damages; physical injury and dental injury damages; emotional distress damages; statutory damages; punitive damages where authorized; injunctive relief prohibiting retaliation, intimidation, surveillance, false police reports, and interference with Plaintiff's housing rights; preservation and production of CCTV footage, RentCafe/Yardi records, portal logs, employee communications, incident records, tour records, and all evidence described in the attached complaint; costs of suit; attorney fees where authorized; prejudgment and post-judgment interest; and all other relief the Court deems just and proper.

Plaintiff demands a jury trial.

**F.       PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
 (Plaintiff's signature)

07/17/2026
_____
 (Date)

(Revised February 2022)