**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:43 am, Jul 17, 2026*
**JEFFREY P. COLWELL, CLERK**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. _____ |
| | ) |
| THE CONNOR GROUP LLC; HALEY | ) |
| WICKSTROM; PEGGY H.; GRETA BIESEL; | ) |
| BRYANT F.; and YARDI SYSTEMS, LLC, | ) |
| individually and d/b/a RENTCAFE | ) |
| | ) |
|     Defendants. | ) |

---

### MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Plaintiff, proceeding for purposes of this Motion as Jane Doe, respectfully moves this Court for leave to proceed publicly under the pseudonym Jane Doe throughout this civil action. Plaintiff will provide her true identity to the Court and Defendants through a sealed filing, confidential information sheet, or other procedure ordered by the Court. Plaintiff requests that her legal name, current address, location, phone number, email address, and identifying information not appear on the public docket or in public filings because public disclosure creates a concrete safety risk.

**1. Legal Basis and Relief Requested**

- Federal courts have authority to permit a party to proceed under a pseudonym when privacy and safety interests outweigh the public interest in disclosure of the party's name.
- Plaintiff requests leave to proceed under pseudonym because public disclosure of Plaintiff's legal name, address, location, and identifying information creates a concrete safety risk.
- Plaintiff asks the Court to allow her to proceed publicly as Jane Doe in this action.
- Plaintiff asks the Court to protect Plaintiff's legal name, current address, location, phone number, email address, and identifying information from public disclosure.
- Plaintiff asks that public filings identify her as Jane Doe or Plaintiff unless the Court orders otherwise.
- Plaintiff will disclose her true identity to the Court and Defendants under seal, through a confidential information sheet, or through another procedure ordered by the Court.
- Plaintiff seeks to protect her legal name, current address, and identifying information from public disclosure because disclosure will allow a dangerous family member to locate her.

**2. Exceptional Safety Circumstances**

- Plaintiff has a documented history of severe family violence involving her mother.
- Plaintiff's mother stabbed Plaintiff and attempted to kill Plaintiff in 2009.

1

- Plaintiff's mother was also investigated in connection with the death of Plaintiff's younger brother.

- Plaintiff has been separated from her mother and family for safety reasons for years.

- Plaintiff's mother does not currently know where Plaintiff is located.

- Public disclosure of Plaintiff's legal name, current location, or court activity places Plaintiff in serious physical danger.

- If Plaintiff's legal name appears on the public docket in this federal case, Plaintiff's mother will be able to determine Plaintiff's location and will be able to send other people to locate and harm Plaintiff.

- Plaintiff's mother remains a serious threat to Plaintiff's physical safety.

- Public disclosure of Plaintiff's legal name and location creates a direct pathway for Plaintiff's mother or persons acting with her mother to find Plaintiff.

- Plaintiff's mother is still actively looking for Plaintiff.

- Plaintiff's mother continued to create safety threats after the 2009 stabbing.

- In 2018, Plaintiff's mother lured Plaintiff to Philadelphia by telling Plaintiff to wait on a porch until her mother arrived. Plaintiff learned that this was a setup for a drive-by shooting, not a safe meeting.

- Plaintiff's mother also attempted to lure Plaintiff to an abandoned house in the middle of the night.

- Plaintiff's mother engaged in lying-in-wait conduct on two occasions: the Philadelphia porch setup and the abandoned-house setup.

- Plaintiff's aunt is a police officer in Philadelphia. Plaintiff's mother has family connections that increase Plaintiff's concern that if Plaintiff is harmed, killed, or disappeared, Plaintiff's mother can use family members or law-enforcement-adjacent family connections to make Plaintiff look unstable, homeless, transient, unsupported, or not credible.

- Plaintiff's mother will use Plaintiff's history, lack of family support, foster-care history, and family connections to falsely portray Plaintiff as mentally unstable or unreliable if Plaintiff disappears or is harmed.

- Plaintiff has no reliable family support system.

- Plaintiff has been in foster care since infancy or early childhood.

- Plaintiff does not have relatives who consistently check on her safety, monitor her whereabouts, or would immediately know if Plaintiff disappeared.

- If Plaintiff is harmed, killed, or disappeared, there is no immediate family member to report Plaintiff missing, request a welfare check, or challenge a false explanation.

- Plaintiff's mother will use Plaintiff's foster-care history, lack of family support, and history of instability to falsely portray Plaintiff as homeless, transient, unsupported, or a "lost soul," and to claim that Plaintiff's disappearance or death resulted from Plaintiff's own circumstances rather than violence against Plaintiff.

- Plaintiff is disabled and self-represented. Public disclosure of Plaintiff's legal name and location creates heightened safety concerns because Plaintiff has no reliable family support system to protect her if she is located.

2

- Plaintiff seeks pseudonym protection so that Plaintiff's legal name, current location, and identifying information are not available on the public docket to a person who previously stabbed Plaintiff and attempted to kill her.

## 3. Public Access and Lack of Prejudice

- The public interest will remain protected if Plaintiff proceeds as Jane Doe.

- Defendants' names will remain public.

- The claims, legal issues, factual allegations, and requested relief will remain public.

- Defendants will receive Plaintiff's true identity through a confidential or sealed process directed by the Court and will not be prejudiced in defending this action.

- Plaintiff's true identity is not necessary for the public to understand the legal issues in this case.

- Public disclosure of Plaintiff's legal name and current address creates a safety risk that outweighs any public interest in Plaintiff's name appearing on the public docket.

- Proceeding under a pseudonym is narrowly tailored because Plaintiff seeks to protect her identifying information, not to hide the claims against Defendants.

## 4. Requested Relief

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

A. Granting this Motion;

B. Allowing Plaintiff to proceed publicly under the pseudonym Jane Doe throughout this action;

C. Directing that Plaintiff's true legal name, current address, location, phone number, email address, and identifying information not appear on the public docket or in public filings;

D. Allowing Plaintiff to provide her true identity and contact information to the Court and Defendants through a sealed filing, confidential information sheet, or other procedure directed by the Court;

E. Directing that public filings refer to Plaintiff as Jane Doe or Plaintiff unless otherwise ordered by the Court; and

F. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted this __17__ day of __July__, 2026.


**JANE DOE**
Plaintiff, Pro Se

3