# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| JANE DOE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| THE CONNOR GROUP LLC; HALEY | ) | |
| WICKSTROM; PEGGY H.; GRETA BIESEL; | ) | |
| BRYANT F.; and YARDI SYSTEMS, LLC, | ) | |
| individually and d/b/a RENTCAFE | ) | |
| | ) | |
|     Defendants. | ) | |

## DECLARATION OF JANE DOE IN SUPPORT OF MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

I, JANE DOE, declare under penalty of perjury under the laws of the United States as follows:

1. I am the Plaintiff in this action.

2. I make this Declaration based on my personal knowledge.

3. I request permission to proceed publicly as Jane Doe because public disclosure of my legal name, current address, location, phone number, email address, and identifying information places me in serious physical danger.

4. I am not trying to hide my identity from the Court or Defendants.

5. I am willing to provide my true identity to the Court and Defendants through a sealed filing, confidential information sheet, restricted-access filing, or other procedure ordered by the Court.

6. I request that my legal name, current address, location, phone number, email address, and identifying information not appear on the public docket or in public filings.

7. I have a documented history of severe family violence involving my mother.

8. My mother stabbed me and attempted to kill me in 2009.

9. My mother was also investigated in connection with the death of my younger brother.

10. I have been separated from my mother and family for safety reasons for years.

11. My mother does not currently know where I am located.

12. Public disclosure of my legal name, current location, or court activity places me in serious physical danger.

13. If my legal name appears on the public docket in this federal case, my mother will be able to determine my location and will be able to send other people to locate and harm me.

14. My mother remains a serious threat to my physical safety.

15. Public disclosure of my legal name and location creates a direct pathway for my mother or persons acting with my mother to find me.

16. My mother is still actively looking for me.

17. My mother continued to create safety threats after the 2009 stabbing.

18. In 2018, my mother lured me to Philadelphia by telling me to wait on a porch until she arrived. I learned that this was a setup for a drive-by shooting, not a safe meeting.

19. My mother also attempted to lure me to an abandoned house in the middle of the night.

20. My mother engaged in lying-in-wait conduct on two occasions: the Philadelphia porch setup and the abandoned-house setup.

21. My aunt is a police officer in Philadelphia. My mother has family connections that increase my concern that if I am harmed, killed, or disappeared, my mother can use family members or law-enforcement-adjacent family connections to make me look unstable, homeless, transient, unsupported, or not credible.

22. My mother will use my history, lack of family support, foster-care history, and family connections to falsely portray me as mentally unstable or unreliable if I disappear or am harmed.

23. I have no reliable family support system.

24. I have been in foster care since infancy or early childhood.

25. I do not have relatives who consistently check on my safety, monitor my whereabouts, or would immediately know if I disappeared.

26. If I am harmed, killed, or disappeared, there is no immediate family member to report me missing, request a welfare check, or challenge a false explanation.

27. My mother will use my foster-care history, lack of family support, and history of instability to falsely portray me as homeless, transient, unsupported, or a "lost soul," and to claim that my disappearance or death resulted from my own circumstances rather than violence against me.

28. I am disabled and self-represented.

29. Public disclosure of my legal name and location creates heightened safety concerns because I have no reliable family support system to protect me if I am located.

30. I seek protection of my legal name, current address, location, phone number, email address, and identifying information from public disclosure.

31. I request that public filings identify me as Jane Doe or Plaintiff unless the Court orders otherwise.

32. Allowing me to proceed publicly as Jane Doe will allow the case to proceed while preventing my legal name and location from being available on the public docket to a person who previously stabbed me and attempted to kill me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __17__ day of __July__, 2026, at __9:31am MST__.


**JANE DOE**

2