IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03222-RTG

JANE DOE,

     Plaintiff,

v.

THE CONNOR GROUP LLC,
HALEY WICKSTROM,
PEGGY H.,
GRETA BIESEL,
BRYANT F., and
YARDI SYSTEMS, LLC, individually and d/b/a RENTCAFE,

     Defendants.

---

## ORDER DISMISSING CASE

---

Plaintiff, who identifies herself under the pseudonym Jane Doe, initiated this action *pro se* on July 17, 2026 by filing a Complaint (ECF No. 1), a Motion for Leave to Proceed Under Pseudonym (ECF No. 2), and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).

In a July 22, 2026 Order (ECF No. 10), Magistrate Judge Richard T. Gurley denied Plaintiff's Motion for Leave to Proceed Under a Pseudonym and directed Plaintiff to file an amended Complaint in compliance with Rule 10(a) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") within 30 days.

On August 5, 2026, Plaintiff filed a Motion for Voluntary Dismissal (ECF No. 11) asking the Court to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) because she resides in California and "does not have jurisdictional ties to

Denver, Colorado sufficient to proceed with the claims asserted in this matter before this Court." (*Id.* at 1).

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by any opposing party in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that Plaintiff's Motion for Voluntary Dismissal (ECF No. 11), filed on August 5, 2026, seeking dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A), is GRANTED and this action is DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3) is DENIED as moot.

DATED August 10, 2026, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court